STATE OF NEW JERSEY v. WILLIAM HINTON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LINDA DELUCA.

June 27, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 422)

STATE OF NEW JERSEY v. MANDELL L. JONES.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BALAM TURNER.

June 27, 1986.

Petition for certification granted, and the matter is summarily remanded to the trial court for reconsideration of defendant's sentence in light of *State v. Kovack,* 91 *N.J.* 476 (1981).

Jurisdiction is not retained.